**Fill in this information to identify the case:**

Debtor name    **Iowa's First, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)   **18-01301**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 12, 2018**          x  *Norman McCowan*
                                            Signature of individual signing on behalf of debtor

**Norman McCowan**
Printed name

**President**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Iowa's First, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known)    **18-01301**

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................ $      0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................ $      651,117.99

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................. $      651,117.99

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................... $      54,373,379.28

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................... $      0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...... +$      1,565,965.93

4. **Total liabilities** .....................................................................................
   Lines 2 + 3a + 3b

   $      55,939,345.21



**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Iowa's First, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF IOWA |
| Case number (if known) | **18-01301** |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **First State Bank** | **Checking** | 1424 | **$114,954.59** |

4.   **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1.  **Certificate of Deposit at UMB Kansas City, MO Cert. no. 21853261020** | **$100,474.34** |

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$215,428.93**

**Part 2.   Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | |
|---|---|
| 7.1.  **Security deposit paid in accordance with rental agreement for 2209 Rodlyn Road, Webster City, IA 50595** | **$700.00** |
| 7.2.  **Security deposit paid in accordance with rental agreement for 801 OHIO STREET #8, WEBSTER CITY. IOWA** | **$600.00** |

| Debtor | Iowa's First, Inc. | Case number *(if known)* **18-01301** |
|---|---|---|
| | Name | |

| 7.3. | Security deposit paid in accordance with rental agreement for 801 OHIO STREET #5, WEBSTER CITY. IOWA | $600.00 |
|---|---|---|

| 7.4. | Utility deposit for Urban Farm account #13.806502.03. City of Webster City | $1,400.00 |
|---|---|---|

| 7.5. | Iowa's First, Inc. Secured Lender Reserve at 1098136 | $194.21 |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | Retainer paid to Elderkin & Pirnie, PLC | $74,006.98 |
|---|---|---|

| 8.2. | Retainer paid to Ag & Business Legal Strategies | $77,336.97 |
|---|---|---|

| 8.3. | Retainer paid to Moglia Advisors | $60,501.15 |
|---|---|---|

9.   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| $215,339.31 |
|---|

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11b. Over 90 days old: | 193,637.58 | - | 7,818.00 | =.... | $185,819.58 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $185,819.58 |
|---|

**Part 4:   Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | **Iowa's First, Inc.** | Case number *(If known)* **18-01301** |
|---|---|---|
| | Name | |

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="5"><strong>Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)</strong></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.    Crops-either planted or harvested** | | | |
| **29.    Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| **69,058 lbs Nursery Fish** | $28,743.00 | Book | $28,743.00 |
| **30.    Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| **31.    Farm and fishing supplies, chemicals, and feed** | | | |
| **Nursery Feed - 8,150.94 lbs** | $5,787.17 | Book | $5,787.17 |
| **32.    Other farming and fishing-related property not already listed in Part 6** | | | |

| 33. | **Total of Part 6.** | | $34,530.17 |
|---|---|---|---|
| | Add lines 28 through 32. Copy the total to line 85. | | |

**34.    Is the debtor a member of an agricultural cooperative?**
☐ No
☑ Yes. Is any of the debtor's property stored at the cooperative?
    ☑ No
    ☐ Yes

**35.    Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes. Book value     **10527.17**   Valuation method   **Book**   Current Value   **10527.17**

**36.    Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☑ Yes

**37.    Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

<table>
<tr><td colspan="4"><strong>Part 7:    Office furniture, fixtures, and equipment; and collectibles</strong></td></tr>
</table>

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.    Office furniture** | | | |

| Debtor | **Iowa's First, Inc.** | | Case number *(If known)*  **18-01301** | |
|---|---|---|---|---|
| | Name | | | |

| **Miscellaneouse Furniture and Computers** | | **Unknown** | **N/A** | **Unknown** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and
communication systems equipment and software**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                          **$0.00**
Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Buckeye Facility:<br>12282 200th Street<br>Radcliff IA  50230<br>See Schedule A-2<br>Attachment** | Owner | **Unknown** | **N/A** | **Unknown** |
| 55.2.   **Blairsburg Facility:<br>2567 190th Street<br>Blairsburg  IA 50034<br>See Schedule A-1<br>Attachment** | Fee simple | **Unknown** | **N/A** | **Unknown** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Iowa's First, Inc.** | | Case number *(if known)* **18-01301** | |
|---|---|---|---|---|
| | Name | | | |

| | 55.3. | **Urban Fish Farm: 401 Des Moines Street Webster City IA 50595 See Schedule A-3 Attachment** | **Fee simple** | **Unknown** | **N/A** | **Unknown** |
|---|---|---|---|---|---|---|

| 56. | **Total of Part 9.** | | **$0.00** |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Iowa's First, Inc.**
_____
Name

Case number _(If known)_  **18-01301**

**Part 12:    Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $215,428.93 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $215,339.31 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $185,819.58 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $34,530.17 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $0.00 | |
| 88. **Real property.** _Copy line 56, Part 9._........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $651,117.99 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $651,117.99 |

**Blairsburg Legal Description (2597 190th Street, Blairsburg, Hamilton County, Iowa):**

County Auditor's Parcel Letter "A" of "A" in the South ½ of the SE ¼ of Section 15, Township 89 North, Range 24 West of the 5th P.M., Hamilton County, Iowa, as shown in the Plat of Survey of Parcel Letter "A" of "A" recorded December 7, 2007 as Document No. 2007-3589, Survey Cabinet Slide 299B, Page 17 of the books and records of the Hamilton County, Iowa Recorder's Office.

**Buckeye Legal Description: (12282 200th Street, Radcliffe, Hardin County, Iowa):**

PARCEL "C" IN THE NORTHWEST FRACTIONAL QUARTER (NW FR. 1/4) OF SECTION THIRTY (30), TOWNSHIP EIGHTY-EIGHT (88) NORTH, RANGE TWENTY-TWO (22) WEST OF THE 5TH P.M., HARDIN COUNTY, IOWA AS DESCRIBED AND DEPICTED IN PLAT OF SURVEY DATED JULY 16, 2015, AND FILED JULY 16, 2015, AS DOCUMENT NO. 2015-1691, IN THE OFFICE OF THE HARDIN COUNTY, IOWA RECORDER AND FURTHER DESCRIBED AS: COMMENCING AT THE NORTH ONE-QUARTER CORNER OF SECTION THIRTY (30), TOWNSHIP EIGHTY-EIGHT (88) NORTH, RANGE TWENTY-TWO (22) WEST OF THE 5TH P.M., HARDIN COUNTY, IOWA; THENCE N 89°43'30" W 641.55 FEET ALONG THE NORTH LINE OF THE FR. NW1/4 OF SAID SECTION 30 TO THE POINT OF BEGINNING; THENCE CONTINUING N 89°43'30"W 708.35 FEET ALONG THE NORTH LINE OF THE FR. NW1/4 OF SAID SECTION 30; THENCE S 00°00'00"E 1378.20 FEET; THENCE N 90°00'00"E 708.35 FEET; THENCE N 00°00'00"W 1374.80 FEET TO THE POINT OF BEGINNING, SUBJECT TO 200TH STREET RIGHT OF WAY.  NOTE: THE NORTH LINE OF THE FR. NW l/4 OF SECTION 30-88-22 IS ASSUMED TO BEAR N 89°43'30" W FOR THE PURPOSE OF THIS DESCRIPTION.

Legal description to Urban Farms operations owned by Iowa's First, Inc. located at 401 Des Moines Street, Webster City, IA 50595

Warehouse Site:

Lots 1 and 2, except the South 26 thereof, Block 7, Jones and Smith's Addition to Webster City, Iowa; and Lot 5, except the South 26 feet thereof and except the East 40 feet thereof; and Lot 6, except the South 26 thereof; Lot 1 and North 6 feet of Lot 7, all in Block 7, Odell & Willson's Addition to Webster City, Iowa; and the South 26 feet of Lot 1 and 2; all of Lots 3 and 4, all in Block 7, Jones and Smith's Addition to Webster City, Iowa; and Lots 1, 2, 3 and 4, all in Block 8, Jones and Smith's Addition to Webster City, Iowa; and Lots 2, 3, 4, the East 40 feet of Lot 5, the South 26 feet of Lot 5, except the East 40 feet of said Lot 5, the South 26 feet of Lot 6, Lot 7, except the North 6 feet thereof, and all of Lots 8, 9, 10, 11, 12, 13, 14; all in Block 7, Odell & Willson's Addition to Webster City, Iowa; and Lots 1, 2, 3, 4 and 5, all in Block 8, Odell & Willson's Addition to Webster City, Iowa; and Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, all in Reserve lying West of Block 8, Odell & Willson's Addition to Webster City, Iowa.

All that part of vacated Merritt Street lying between the West line of Des Moines Street and the East Line of Prospect Street in Webster City, Iowa, as platted in Odell & Willson's Addition to Webster City, Iowa, August 4, 1869, and in Jones and Smith's Addition to Webster City, Iowa, February 4, 1872.

All that part of vacated Stockdale Street lying between the West line of Des Moines Street and the East line of Prospect Street in Webster City, Iowa, as platted in Odell & Willson's Addition to Webster City, Iowa, August 4, 1869, and in Jones and Smith's Addition to Webster City, Iowa, February 4, 1872.

Parking Site:

The South 52.9 feet of Lot 7 and the North 9.6 feet of Lot 13 and all that part of the vacated alley between Lots 7 and 13, in Block 4, Odell and Willson's Addition to Webster City, Iowa; and Lots 1 and 7, Block 3, Odell and Willson's Addition to Webster City, Iowa; and the South 56.4 feet of Lot 13 and the North 9.9 feet of Lot 14, in Block 4, Odell and Willson's Addition to Webster City, Iowa; and Lot 1 and the North 13.1 feet of Lot 7, in Block 4, Odell and Willson's Addition to Webster City, Iowa; and the South 56.1 feet of Lot 14, Block 4, Odell and Willson's Addition to Webster City, Iowa.

Lots 1 and 2, except the South 67 feet thereof, Block 3, Jones and Smith's

Addition to Webster City, Iowa; and the South 67 feet of Lots 1 and 2, Block 3, Jones and Smith's Addition to Webster City, Iowa; and Lot 11 and the South Half of that part of the vacated alley adjoining the same on the North, in Block 4, Odell & Willson's Addition to Webster City, Iowa; and Lot 8, Block 4, Odell & Willson's Addition to Webster City, Iowa, and the vacated alley abutting said Lot along the North boundary thereof; the East 40 feet of Lot 2 and all that part of the vacated alley adjoining the same on the South, Block 4, Odell & Willson's Addition to Webster City, Iowa; and the West 50 feet of Lot 3, Block 3, Odell & Willson's Addition to Webster City, Iowa; and Lot 2 and the East 10 feet of Lot 3, Block 3, Odell & Willson's Addition to Webster City, Iowa; and Lot 6, Block 3, Odell & Willson's Addition to Webster City, Iowa; and all of Lot 3 and all of Lot 2 except the East 40 feet of said Lot 2, Block 4, Odell and Willson's Addition to Webster City, Iowa and that part of the vacated alley which adjoins that part of Lot 2 as described above on the South, and the North Half of that part of the vacated alley adjoining said Lot 3 on the South; and Lots 3 and 4, except the North 60 feet thereof, Block 4, Jones and Smith's Addition to Webster City, Iowa; the South 54 feet of Lots 1 and 2, Block 4, Jones and Smith's Addition to Webster City, Iowa; and Lot 6, Block 4, Odell & Willson's Addition to Webster City, Iowa and the North Half of that part of the vacated alley adjoining same on the South side of said Lot 6; and Lots 1 and 2, except the South 54 feet thereof, Block 4, Jones and Smith's Addition to Webster City, Iowa; and Lots 4 and 5, Block 3, Odell & Willson's Addition to Webster City, Iowa; and the North 60 feet of Lots 3 and 4, Block 4, Jones and Smith's Addition to Webster City, Iowa; and Lot 12, Block 4, Odell & Willson's Addition to Webster City, Iowa; and Lots 9 and 10, and the South Half of that part of the vacated alley adjoining same on the North, all in Block 4, Odell & Willson's Addition to Webster City, Iowa; and Lots 4 and 5 and the North Half of that part of the vacated alley adjoining the same on the South, all in Block 4, Odell & Willson's Addition to Webster City, Iowa.

All that part of vacated Lucas Street lying between the West line of Des Moines Street and the East line of Prospect Street in Webster City, Iowa, as platted in Odell & Willson's Addition to Webster City, Iowa, August 4, 1869, and in Jones and Smith's Addition to Webster City, Iowa, February 4, 1872.

# VeroBlue Farms USA Inc.
## VeroBlue Farms USA, Inc (Consolidated)
## A/R Aging Summary
## As of September 20, 2018

| Customer | Current Open Balance | 8/21/2018 - 9/19/2018 (30) Open Balance | 7/22/2018 - 8/20/2018 (60) Open Balance | 6/22/2018 - 7/21/2018 (90) Open Balance | Before 6/22/2018 (>90) Open Balance | Total Open Balance |
|---|---|---|---|---|---|---|
| Airedale Aquatics LLC | $0.00 | $0.00 | $37,183.28 | $0.00 | $0.00 | $37,183.28 |
| American Fish & | $1,877.65 | $2,694.50 | ($515.00) | ($1,747.25) | $1,981.00 | $4,290.90 |
| Beaver Fishery Ltd | $0.00 | $28,120.00 | $0.00 | $0.00 | $0.00 | $28,120.00 |
| Buckhead Meat & Seafood of Ohio | $0.00 | $2,499.90 | $0.00 | $0.00 | $0.00 | $2,499.90 |
| China Town Market | $0.00 | $0.00 | $0.00 | $51.00 | $0.00 | $51.00 |
| Congressional Seafood | $0.00 | $13,629.00 | $2,859.00 | $0.00 | $750.00 | $17,238.00 |
| Dutchboy Farms | $0.00 | $0.00 | $0.00 | $15,720.00 | $0.00 | $15,720.00 |
| Global Quality Foods | $0.00 | $3,024.00 | $0.00 | $0.00 | $0.00 | $3,024.00 |
| Golden Sea Fish Inc. | $0.00 | $23,650.00 | $0.00 | $0.00 | $0.00 | $23,650.00 |
| Gra Bar Fish Co. | $0.00 | $3,223.50 | $5,841.50 | $0.00 | $0.00 | $9,065.00 |
| Heavenly Asian Cuisine | $0.00 | $630.00 | ($27.00) | $0.00 | $27.00 | $630.00 |
| JD & Sons Inc. | $0.00 | $1,036.00 | $1,652.00 | $0.00 | $0.00 | $2,688.00 |
| John Nagle Co. | $0.00 | $4,617.00 | $0.00 | $0.00 | $0.00 | $4,617.00 |
| Out of the Blue | $0.00 | $0.00 | $1,041.25 | $0.00 | $0.00 | $1,041.25 |
| Pacific Sourcing | $0.00 | $3,353.55 | $0.00 | $0.00 | $0.00 | $3,353.55 |
| Platina Seafood | $0.00 | $0.00 | $0.00 | $0.00 | $5,060.00 | $5,060.00 |
| Puritan Seafood | $0.00 | $0.00 | $0.00 | $185.00 | $0.00 | $185.00 |
| Revere Meat Co. | $0.00 | $4,966.00 | $0.00 | $0.00 | $0.00 | $4,966.00 |
| Saraga International | $0.00 | $0.00 | ($1,018.00) | $0.00 | $0.00 | ($1,018.00) |
| Seattle Fish Kansas | $0.00 | $1,790.10 | $0.00 | $0.00 | $0.00 | $1,790.10 |
| Taylor Fish Farm | $0.00 | $25,912.25 | $0.00 | $0.00 | $0.00 | $25,912.25 |
| Tropic Star Seafood | $0.00 | $3,476.55 | $93.80 | $0.00 | $0.00 | $3,570.35 |
| **Total** | **$1,877.65** | **$122,622.35** | **$47,110.83** | **$14,208.75** | **$7,818.00** | **$193,637.58** |

**Schedule B -- 11.1 Attachment**

**Fill in this information to identify the case:**

Debtor name   **Iowa's First, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)   **18-01301**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 Broadmoor Financial, L.P.**<br>Creditor's Name<br>**8100 E 22nd Street<br>Bldg. 500<br>Suite 1000<br>Wichita, KS 67226**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Buckeye Facility: 12282 200th Street Radcliff IA  50230 See Schedule A-2 Attachment** | **$53,803,271.65** | **Unknown** |

Describe the lien
**First Mortgage on Real Estate**
Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
7/7/2016
Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2 Card Services**<br>Creditor's Name<br>**P.O. Box 875852<br>Kansas City, MO<br>64187-5852**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Certificate of Deposit at UMB Kansas City, MO Cert. no. 21853261020** | **$85,348.98** | **$100,474.34** |

Describe the lien
**Non-Purchase Money Security Interest**
Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
Various
Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply



| Debtor | **Iowa's First, Inc.** | | Case number (if know) | **18-01301** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **FM Controls** | Describe debtor's property that is subject to a lien | $23,689.27 | Unknown |
|---|---|---|---|---|

Creditor's Name

**3226 18th Street
Duncomb, IA 50532**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Urban Fish Farm: 401 Des Moines Street
Webster City IA  50595 See Schedule A-3
Attachment**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an
interest in the same property?
- ☐ No
- ■ Yes. Specify each creditor,
  including this creditor and its relative
  priority.
  **1. Hamilton County
  Treasurer
  2. Broadmoor Financial,
  L.P.
  3. Wastwater Technologies
  4. FM Controls**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Hamilton County Treasurer** | Describe debtor's property that is subject to a lien | $255,116.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**2300 Superior Street
Ste 7
Webster City, IA 50595**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Urban Fish Farm: 401 Des Moines Street
Webster City IA  50595 See Schedule A-3
Attachment**

Describe the lien
**Taxes Owed**
Is the creditor an insider or related party?
- ■ No
- ☐ Yes
Is anyone else liable on this claim?
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an
interest in the same property?
- ☐ No
- ■ Yes. Specify each creditor,
  including this creditor and its relative
  priority.
  **1. Hamilton County
  Treasurer
  2. Broadmoor Financial,
  L.P.
  3. Wastwater Technologies
  4. FM Controls**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Iowa's First, Inc.** | Case number (if know) | **18-01301** |
|---|---|---|---|
| | Name | | |

| 2.5 | **Hamilton County Treasurer** | Describe debtor's property that is subject to a lien | $17,728.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**2300 Superior Street
Ste 7
Webster City, IA 50595**
Creditor's mailing address

**Blairsburg Facility: 2567 190th Street
Blairsburg  IA 50034 See Schedule A-1
Attachment**

Describe the lien
**Taxes Owed**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Hamilton County
Treasurer
2. Broadmoor**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Hardin County Treasurer** | Describe debtor's property that is subject to a lien | $2,830.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 391
Eldora, IA 50627**
Creditor's mailing address

**Buckeye Facility: 12282 200th Street Radcliff
IA  50230 See Schedule A-2 Attachment**

Describe the lien
**Taxes Owed**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

Date debt was incurred

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Hardin County Treasurer
2. Broadmoor
3. Midwest Manure
Management**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Midwest Manure Management** | Describe debtor's property that is subject to a lien | $38,279.72 | Unknown |
|---|---|---|---|---|

Creditor's Name

**11815 130th Street
Swaledale, IA 50477**
Creditor's mailing address

**Buckeye Facility: 12282 200th Street Radcliff
IA  50230 See Schedule A-2 Attachment**

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

---

| Debtor | **Iowa's First, Inc.** | | Case number (if known) | **18-01301** |
|---|---|---|---|---|
| | Name | | | |

**Is anyone else liable on this claim?**

**Date debt was incurred**
**12/10/2017**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

1. **Hardin County Treasurer**
2. **Broadmoor**
3. **Midwest Manure Management**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Wastwater Technologies** | Describe debtor's property that is subject to a lien | **$147,115.66** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Urban Fish Farm: 401 Des Moines Street Webster City IA  50595 See Schedule A-3 Attachment** | | |

**P.O. Box 737**
**Monterey, VA 24465**

Creditor's mailing address

Describe the lien

**donald.ricketts@wwtllc.com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

1. **Hamilton County Treasurer**
2. **Broadmoor Financial, L.P.**
3. **Wastwater Technologies**
4. **FM Controls**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, Including the amounts from the Additional Page, if any.

**$54,373,379.**
**28**

**Part 2:**  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Iowa's First, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) **18-01301**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**Ag Source**<br>P O Box 930130<br>**Verona, WI 53593**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Water Testing**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,298.75** |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**AG Vantage FS**<br>P.O. Box 828<br>**Waverly, IA 50677**<br><br>Date(s) debt was incurred  **7/31/2018**<br>Last 4 digits of account number  **4884** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Propane**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,619.57** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Airgas USA LLC**<br>PO BOX 532609<br>**Atlanta, GA 30353-2609**<br><br>Date(s) debt was incurred  **8/27/2018**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Oxygen**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$10,825.67** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Americinn**<br>411 Closz Drive<br>**Webster City, IA 50595**<br><br>Date(s) debt was incurred  **8/10/2018**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Travel**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,447.63** |

| Debtor | **Iowa's First, Inc.** | Case number (if known) | **18-01301** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$840.00** |
|---|---|---|---|

**Analytical Environmental Laboratories**
8310 South Broadway
Tyler, TX 75703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/31/2018**

Basis for the claim: **Fish Health Testing**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,122.00** |
|---|---|---|---|

**Baader**
3086 Paysphere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/16/2018**

Basis for the claim: **Equipment**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,674.93** |
|---|---|---|---|

**Cablevey Conveyors**
P.O. Box 148
Oskaloosa, IA 52577-0148

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred **11/3/2017**

Basis for the claim: **Fish Feed System**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$172.98** |
|---|---|---|---|

**Campbell Supply Company**
710 South Oak Street
Box 608
Iowa Falls, IA 50595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/31/2018**

Basis for the claim: **Maintenance Materials**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,085.12** |
|---|---|---|---|

**Cannonball Express**
10064 South 134th St
Omaha, NE 68138

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/23/2018**

Basis for the claim: **Transportation**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,563.60** |
|---|---|---|---|

**CEC Electric LLC**
3 4th Street NW
Fort Dodge, IA 50501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/29/2017**

Basis for the claim: **Electrical Contractor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,393.16** |
|---|---|---|---|

**Central Iowa Building Supply**
511 Seneca St
Webster City, IA 50595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Building Materials**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes



| Debtor | Iowa's First, Inc. | Case number (if known) | 18-01301 |
|---|---|---|---|
| | Name | | |

---

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.13 |
|---|---|---|
| CenturyLink<br>P.O. Box 91154<br>Seattle, WA 98111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  8/1/2018 | Basis for the claim:  **Internet** | |
| Last 4 digits of account number _ | Is the claim subject to offset?  ☐ No  ☐ Yes | |

---

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,979.96 |
|---|---|---|
| City of Webster City - Utility Office<br>PO Box 217<br>Webster City, IA 50595-0217 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  8/24/2018 | Basis for the claim:  **Urban Farms** | |
| Last 4 digits of account number  0203 | Is the claim subject to offset?  ☐ No  ☐ Yes | |

---

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,412.70 |
|---|---|---|
| Cold Locker Processing, LLC<br>2200 140th Ave East<br>Suite 200<br>Sumner, WA 98390 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  8/19/2018 | Basis for the claim:  **Frozen Fish Storage** | |
| Last 4 digits of account number _ | Is the claim subject to offset?  ☐ No  ☐ Yes | |

---

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $311.08 |
|---|---|---|
| Commodity Forwarders Inc<br>11101 S LA Cienega Blvd<br>Los Angeles, CA 90045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  8/28/2018 | Basis for the claim:  **Transportation** | |
| Last 4 digits of account number _ | Is the claim subject to offset?  ☐ No  ☐ Yes | |

---

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,086.88 |
|---|---|---|
| Decker<br>4000 5th Ave South<br>Fort Dodge, IA 50501 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  8/28/2018 | Basis for the claim:  **Transportation** | |
| Last 4 digits of account number _ | Is the claim subject to offset?  ☐ No  ☐ Yes | |

---

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,995.92 |
|---|---|---|
| Eldon C. Stutsman, Inc.<br>PO Box 250<br>Hills, IA 52235 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  8/28/2018 | Basis for the claim:  **Salt Distributor** | |
| Last 4 digits of account number _ | Is the claim subject to offset?  ☐ No  ☐ Yes | |

---

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,534.94 |
|---|---|---|
| Envirotech AG Systems Ltd<br>4012 N Cliff Avenue<br>Sioux Falls, SD 57104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  12/31/2017 | Basis for the claim:  **Water Testing** | |
| Last 4 digits of account number _ | Is the claim subject to offset?  ☐ No  ☐ Yes | |

---

| Debtor | Iowa's First, Inc. | | Case number *(if known)* | 18-01301 |
|--------|-------------------|--|--------------------------|----------|
| | Name | | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,689.27 |
|------|--|--|--|
| | FM Controls, Inc.<br>3226 180th Street<br>Duncombe, IA 50532 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **8/31/2018** | Basis for the claim:  **Controls for Alarms** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.96 |
|------|--|--|--|
| | Forklifts Of Des Moines<br>P.O. Box 3358<br>Des Moines, IA 50316 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **8/31/2018** | Basis for the claim:  **Reparir of Forklifts** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $347.75 |
|------|--|--|--|
| | Freemont Industries<br>P O Box 67<br>Shakope, MN 55379 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Fish Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,482.93 |
|------|--|--|--|
| | Fresh by Design<br>P O Box 1020<br>Moss Vale, NSW 2577<br>AUSTRALIA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **8/2/2018** | Basis for the claim:  **Consultation** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,826.67 |
|------|--|--|--|
| | Grant Thornton<br>1717 Main Street<br>Suite 1800<br>Dallas, TX 75201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **1/8/2018** | Basis for the claim:  **Tax Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $555.28 |
|------|--|--|--|
| | Hamilton Co Hospital dba Vandiest Med Ct<br>P.O. Box 430<br>Webster City, IA 50595-0430 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **8/14/2018** | Basis for the claim:  **Medical** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $211.87 |
|------|--|--|--|
| | Hawkins, Inc.<br>2381 Rosegate<br>Roseville, MN 55113 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **8/2/2018** | Basis for the claim:  **Water Treatment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Iowa's First, Inc.** | Case number (if known) | **18-01301** |
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,538.00** |
| | **HDR** | ☐ Contingent | |
| | **8404 Indian Hills Dr** | ☐ Unliquidated | |
| | **Omaha, NE 68114-4098** | ☐ Disputed | |
| | Date(s) debt was incurred _____ | Basis for the claim: **Waste Water Treatment** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,748.22** |
| | **HEMCO Corpoation** | ☐ Contingent | |
| | **711 South Powell Road** | ☐ Unliquidated | |
| | **Independence, MO 64056** | ☐ Disputed | |
| | Date(s) debt was incurred __11/1/2017__ | Basis for the claim: **Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$27,525.72** |
| | **ISG** | ☐ Contingent | |
| | **115 E Hickory Street** | ☐ Unliquidated | |
| | **Suite 300** | ☐ Disputed | |
| | **Mankato, MN 56001** | | |
| | Date(s) debt was incurred __8/28/2018__ | Basis for the claim: **Consultant WWTP** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,282.86** |
| | **Johnstone Supply** | ☐ Contingent | |
| | **2701 Ford St** | ☐ Unliquidated | |
| | **Ames, IA 50010** | ☐ Disputed | |
| | Date(s) debt was incurred __8/31/2018__ | Basis for the claim: **Maintenance Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,997.14** |
| | **Kennebec River Biosciences, Inc** | ☐ Contingent | |
| | **41 Main Street** | ☐ Unliquidated | |
| | **Richmond, ME 04357** | ☐ Disputed | |
| | Date(s) debt was incurred __8/24/2018__ | Basis for the claim: **Fish Health Testing** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,393.83** |
| | **Mauer Supply Inc** | ☐ Contingent | |
| | **407 North L St** | ☐ Unliquidated | |
| | **Oskaloosa, IA 52577** | ☐ Disputed | |
| | Date(s) debt was incurred __8/29/2018__ | Basis for the claim: **Building Materials** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,041.23** |
| | **McDonald Supply** | ☐ Contingent | |
| | **1914 E Lincolnway Avenue** | ☐ Unliquidated | |
| | **Ames, IA 50010** | ☐ Disputed | |
| | Date(s) debt was incurred __8/25/2018__ | Basis for the claim: **Maintenance Supplies** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Iowa's First, Inc. | Case number (if known) | 18-01301 |
|---|---|---|---|
| | Name | | |

---

| | | | |
|---|---|---|---|
| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,867.96 |
| | **Mediacom**<br>**PO Box 5744**<br>**Carol Stream, IL 60197-5744** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  6/5/2018 | Basis for the claim:  **Internet** | |
| | Last 4 digits of account number  0860,9019 | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,950.91 |
| | **Midland Power Cooperative**<br>**1005 E. Lincoln Way**<br>**PO Box 420**<br>**Jefferson, IA 50129-0420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/15/2018 | Basis for the claim:  **Utility** | |
| | Last 4 digits of account number  4901 | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,279.72 |
| | **Midwest Manure Management**<br>**11815 130th Street**<br>**Swaledale, IA 50477** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/20/2018 | Basis for the claim:  **Empty Lagoon** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $401.25 |
| | **Mobile Mini**<br>**4535 NE 14th St**<br>**Des Moines, IA 50313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/14/2018 | Basis for the claim:  **Mobile Office** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $609.00 |
| | **New Jersey Feed Laboratory, Inc**<br>**PO Box 066650**<br>**Trenton, NJ 08650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  8/15/2018 | Basis for the claim:  **Testing** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,256.50 |
| | **NMC**<br>**11002 Sapp Bros Dr**<br>**Omaha, NE 68138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Repairs** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,256.50 |
| | **NMC Exchange LLC**<br>**P.O. Box 911784**<br>**Denver, CO 80291** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/4/2017 | Basis for the claim:  **Repairs** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | Iowa's First, Inc. | Case number (if known) | 18-01301 |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,520.27 |
|---|---|---|---|

**Optimal Fish Food, LLC**
2324 10th Street
APT 202
Brookings, SD 57006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/23/2018**

Basis for the claim: **Fish Feed**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,732.90 |
|---|---|---|---|

**Orscheln Farm & Home**
1800 Overcenter Drive
Moberly, MO 65270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/9/2018**

Basis for the claim: **Salt Distributor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,229.82 |
|---|---|---|---|

**Overhead Door Co. of Webster County**
6 N. 21st Street
Fort Dodge, IA 50501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/7/2018**

Basis for the claim: **Repairs**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,043.42 |
|---|---|---|---|

**P&P Electric**
120 East Second Street
Webster City, IA 50595

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/13/2018**

Basis for the claim: **Electrical Contractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,460.00 |
|---|---|---|---|

**Pace Analytical Services, LLC**
P.O. Box 684056
Chicago, IL 60695-4056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/1/2018**

Basis for the claim: **Water Testing**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,694.32 |
|---|---|---|---|

**Packard Electric, Inc.**
PO BOX 285
HWY 69 S
Belmond, IA 50421

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/10/2018**

Basis for the claim: **Electrical**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $412.98 |
|---|---|---|---|

**Pargreen Water Technologies**
1206 W. Capitol Dr
Addison, IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/13/2018**

Basis for the claim: **Water Equipment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Iowa's First, Inc. | Case number (if known) | 18-01301 |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158.49 |
|---|---|---|---|
| | PFS of Boston Harbor, LLC<br>60 Commercial St<br>Everett, MA 02149 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/1/2018** | Basis for the claim: **Frozen Storage** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416,000.00 |
|---|---|---|---|
| | Phillip L. Sheets, LTD<br>7632 Jefferson Road<br>Belleville, IL 62221 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **8-1-2016** | Basis for the claim: **Lease of fish farm in Belleville, IL** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,703.19 |
|---|---|---|---|
| | Pier 7, Inc.<br>23 Foodmart Rd<br>Boston, MA 02118 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **7/2/2018** | Basis for the claim: **Frozen Storage** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.78 |
|---|---|---|---|
| | Plumb Supply Company<br>PO Box 310578<br>Des Moines, IA 50331-0578 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/24/2018** | Basis for the claim: **Materials** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,220.23 |
|---|---|---|---|
| | Prairie Energy Cooperative<br>2099 Highway 3 W<br>Clarion, IA 50525 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/8/2018** | Basis for the claim: **Utility** | |
| | Last 4 digits of account number **6204** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.00 |
|---|---|---|---|
| | Richard A. Gump Jr. PC<br>13355 Noel Rd LB 39<br>Dallas, TX 75240 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/31/2018** | Basis for the claim: **Attorney** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $363.80 |
|---|---|---|---|
| | Ruba Lawn Care<br>P.O. Box 27<br>Webster City, IA 50595 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/30/2018** | Basis for the claim: **Lawn Care** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Iowa's First, Inc. | Case number (if known) | 18-01301 |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,185.24 |
|---|---|---|---|
| | **Select Propane & Fuel Inc** | ☐ Contingent | |
| | **P.O. Box 125** | ☐ Unliquidated | |
| | **Red Bud, IL 62278** | ☐ Disputed | |
| | Date(s) debt was incurred  7/31/2018 | Basis for the claim:  **Utility** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $145,100.00 |
|---|---|---|---|
| | **Skretting** | ☐ Contingent | |
| | **712 East 2400 North** | ☐ Unliquidated | |
| | **Tooele, UT 84074** | ☐ Disputed | |
| | Date(s) debt was incurred  8/24/2018 | Basis for the claim:  **Fish Food** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,655.08 |
|---|---|---|---|
| | **SNB Farms** | ☐ Contingent | |
| | **2062 Kantor** | ☐ Unliquidated | |
| | **Blairsburg, IA 50034** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Consultant Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $726.00 |
|---|---|---|---|
| | **State Hygenic Lab** | ☐ Contingent | |
| | **P.O. Box 310405** | ☐ Unliquidated | |
| | **Des Moines, IA 50331** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Testing** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,335.05 |
|---|---|---|---|
| | **Strauss Security Solutions** | ☐ Contingent | |
| | **4663 121st Street** | ☐ Unliquidated | |
| | **Urbandale, IA 50323** | ☐ Disputed | |
| | Date(s) debt was incurred  8/7/2018 | Basis for the claim:  **Security** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,958.86 |
|---|---|---|---|
| | **Tonys Tire Service** | ☐ Contingent | |
| | **340 Closz Dr.** | ☐ Unliquidated | |
| | **Webster City, IA 50595** | ☐ Disputed | |
| | Date(s) debt was incurred  8/29/2018 | Basis for the claim:  **Auto Service** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,570.00 |
|---|---|---|---|
| | **Tropic Star Seafood** | ☐ Contingent | |
| | **3620 Ventura Drive East** | ☐ Unliquidated | |
| | **Lakeland, FL 33811** | ☐ Disputed | |
| | Date(s) debt was incurred  7/26/2018 | Basis for the claim:  **Fish Processing** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Iowa's First, Inc. | Case number (if known) | 18-01301 |
|--------|--------------------|------------------------|----------|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,231.80 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**3.61**

Nonpriority creditor's name and mailing address
**Twin City Fan and Blower Co.**
5959 Trenton Lane N
Minneapolis, MN 55442

Date(s) debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Building Materials**

Is the claim subject to offset? ■ No ☐ Yes

**$4,231.80**

---

**3.62**

Nonpriority creditor's name and mailing address
**UPS**
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

Date(s) debt was incurred  **8/25/2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shipping**

Is the claim subject to offset? ■ No ☐ Yes

**$434.29**

---

**3.63**

Nonpriority creditor's name and mailing address
**Washer Systems of Iowa, Inc.**
6050 NE 14th Street
Des Moines, IA

Date(s) debt was incurred  **9/2/2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Repairs**

Is the claim subject to offset? ■ No ☐ Yes

**$8,112.00**

---

**3.64**

Nonpriority creditor's name and mailing address
**Wastewater Technologies LLC**
280 Mallard Loop
Whitefish, MT 59937

Date(s) debt was incurred  **2/13/2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Waste Water Plant**

Is the claim subject to offset? ■ No ☐ Yes

**$147,115.66**

---

**3.65**

Nonpriority creditor's name and mailing address
**Westfield Insurance**
P.O. Box 9001566
Louisville, KY 40290-1566

Date(s) debt was incurred  **3/9/2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance 2017 Workers Compensation Audit**

Is the claim subject to offset? ■ No ☐ Yes

**$122,524.49**

---

**3.66**

Nonpriority creditor's name and mailing address
**Whitehair Consulting LLC**
7611 N. Shaffer Rd
Muncie, IN 47303

Date(s) debt was incurred  **8/20/2018**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consultant**

Is the claim subject to offset? ■ No ☐ Yes

**$4,582.48**

---

**3.67**

Nonpriority creditor's name and mailing address
**Windstream**
PO Box 9001908
Louisville, KY 40290-1908

Date(s) debt was incurred ___

Last 4 digits of account number  **2223**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landline and Alarms**

Is the claim subject to offset? ■ No ☐ Yes

**$49.29**

| Debtor | Iowa's First, Inc. | Case number (if known) | 18-01301 |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.90 |
|---|---|---|---|

**Woolstock Mutual Telephone Assn**
227 West Herman St
Woolstock, IA 50599

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/30/2018**

Basis for the claim: **Internet**

Last 4 digits of account number **3279**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brown & Joseph, LTD**<br>P.O. Box 59838<br>Schaumburg, IL 60159-0838 | Line **3.65**<br>☐ Not listed. Explain ____ | **1040** |
| 4.2 | **Michael R. Reck**<br>**Belin McCormick**<br>**666 Walnut Street**<br>**Suite 2000**<br>**Des Moines, IA 50309** | Line **3.7**<br>☐ Not listed. Explain ____ | — |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,565,965.93 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,565,965.93 |

Fill in this information to identify the case:

Debtor name  **Iowa's First, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF IOWA

Case number (if known)  **18-01301**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Rental agreement for property located at 801 Ohio Street, #8, Webster City, IA 50595. Month-to-month lease, starting on the 1st of each month.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **AE Properties, LLC**<br>**PO Box 34**<br>**Webster City, IA 50595** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Rental agreement for property located at 801 Ohio Street, #5, Webster City, IA 50595. Month-to-month lease, starting on the 1st of each month.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **AE Properties, LLC**<br>**P.O. Box 34**<br>**Webster City, IA 50595** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Property described as a three-bedroom home within the city of Webster City, Iowa. Address is 2209 Rodlyn Road, Webster City, IA 50595, county of Hamilton, state of Iowa. Month-to-month lease, starting on the 1st of each month.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **JTS Investments, LLC**<br>**PO Box 742**<br>**Webster City, IA 50595** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of fish farm in Belleville, IL.** | |
| | State the term remaining | **34 months** | **Phillip L. Sheets, LTD**<br>**7632 Jefferson Road**<br>**Belleville, IL 62221** |

*NM*

| Debtor 1 | Iowa's First, Inc. | | | Case number *(if known)* | 18-01301 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any
     government contract      _____

Fill in this information to identify the case:

Debtor name **Iowa's First, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known) **18-01301**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor

Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **VBF Construction Assets, Inc.** | **401 Des Moines Street Webster City, IA 50595 Guarantor under Alder Aqua, Ltd. loan agreement dated 7/7/2106** | **Broadmoor Financial, L.P.** | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.2 | **VBF Construction Services, Inc.** | **401 Des Moines Street Webster City, IA 50595 Guarantor under Alder Aqua, Ltd. loan agreement dated 7/7/2016** | **Broadmoor Financial, L.P.** | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.3 | **VBF IP, Inc.** | **401 Des Moines Street Webster City, IA 50595 Guarantor under Alder Aqua, Ltd. loan agreement dated 7/7/2106** | **Broadmoor Financial, L.P.** | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.4 | **VBF Operations, Inc.** | **401 Des Moines Street Webster City, IA 50595 Borrower under Alder Aqua, Ltd. Loan 7/7/2016.** | **Broadmoor Financial, L.P.** | ☑ D __2.1__ ☐ E/F ____ ☐ G ____ |

| Debtor | Iowa's First, Inc. | Case number *(if known)* | 18-01301 |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                      Column 2: **Creditor**

| 2.5 | **VBF Transport, Inc.** | 401 Des Moines Street<br>Webster City, IA 50595<br>Guarantor under Alder Aqua, Ltd. loan<br>dated 7/7/2106 | **Broadmoor Financial, L.P.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | **VeroBlue Farms USA, Inc.** | 401 Des Moines Street<br>Webster City, IA 50595<br>Guarantor under Alder Aqua, Ltd. loan<br>dated 7/7/2016. | **Broadmoor Financial, L.P.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **VeroStream Seafood Marketing, Inc.** | 401 Des Moines Street<br>Webster City, IA 50595<br>Guarantor under Alder Aqua, Ltd. loan<br>agreement dated 7/7/2106 | **Broadmoor Financial, L.P.** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **Iowa's First, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF IOWA

Case number (if known)    **18-01301**

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other  **Sales** | **$1,967,620.97** |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  **Sales** | **$1,197,883.43** |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  **Sales** | **$985,906.98** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | **Interest Income** | **$324.34** |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | **Sale of Scrap Materials** | **$20,971.00** |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | **Beam Building Site Cleanup Income** | **$110,000.00** |



Debtor    **Iowa's First, Inc.**                                   Case number (if known)  **18-01301**

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2018** to **Filing Date** | **Change FV of Biological Assets (unrealized gains)** | **Unknown** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | **Change FV of Biological Assets (unrealized gains)** | **$939,380.16** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | **Interest Income** | **$89.98** |
| **For prior year:** From **1/01/2017** to **12/31/2017** | **Windpark Easment Agreement - Blairsburg Farm** | **$42,000.00** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | **Change FV of Biological Assets (unrealized gains)** | **$80,015.21** |
| **For year before that:** From **1/01/2016** to **12/31/2016** | **Interest Income** | **$460.02** |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See Form 207 - Item 3 Attachment Various** | **Various** | **$1,729,015.68** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Credit Card Payments** | **Debtor will supplement this answer with payments made via credit card.** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
    may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    Iowa's First, Inc.                                    Case number *(if known)*    18-01301

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Broadmoor Financial, L.P.**<br>**8100 E 22nd Street**<br>**Bldg. 500**<br>**Suite 1000**<br>**Wichita, KS 67226**<br>**Creditor** | **Unknown** | **$112,994.87** | **Interest paid from property sold.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page **3**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    __Iowa's First, Inc._____    Case number *(if known)*  __18-01301_____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.  R2 Advisors LLC**<br>**1350 17th Street**<br>**Ste 206**<br>**Denver, CO 80202** | | 1/17/2018 - 2/26/2018 | $36,536.14 |
| Email or website address<br>**www.r2llc.com** | | | |
| Who made the payment, if not debtor?<br>**VeroBlue Farms USA, Inc.** | | | |
| **11.2.  Cordes & Co**<br>**2677 Innsbruck Drive**<br>**Ste A**<br>**Saint Paul, MN 55112** | | 2/28/2018 - 9/17/2018 | $295,835.83 |
| Email or website address<br>**www.cordesco.com** | | | |
| Who made the payment, if not debtor?<br>**VeroBlue Farms USA, Inc.** | | | |
| **11.3.  Davis Brown Law Firm**<br>**215 10th Street**<br>**Ste 1300**<br>**Des Moines, IA 50309** | | 5/17/2018 - 9/3/2018 | $5,686.00 |
| Email or website address<br>**www.davisbrownlaw.com** | | | |
| Who made the payment, if not debtor?<br>**VeroBlue Farms USA, Inc.** | | | |

Debtor    **Iowa's First, Inc.**                                     Case number *(if known)*  **18-01301**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.4. | **Ag & Business Legal Strategies** **P.O. Box 11425** **Cedar Rapids, IA 52410-1425** | **This retainer was shared with Elderkin & Pirnie, PLC with Elderkin & Pirnie, PLC receiving $51,730.73 from the $100,000.00.** | 8/31/2018 | $100,000.00 |
| | Email or website address www.ABLSonline.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | **Ag & Business Legal Strategies** **P.O. Box 11425** **Cedar Rapids, IA 52410-1425** | | 9/17/2018 | $89,000.00 |
| | Email or website address www.ABLSonline.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.6. | **Elderkin & Pirnie, PLC** **115 First Avenue SE** **PO Box 1968** **Cedar Rapids, IA 52406-1968** | | 9/17/2018 | $80,000.00 |
| | Email or website address www.elderkinpirnie.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.7. | **Moglia Advisors** **1325 Remington Road** **Suite H** **Schaumburg, IL 60173** | | 9/17/2018 | $91,750.66 |
| | Email or website address www.mogliaadvisors.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.8. | **Moglia Advisors** **1325 Remington Road** **Suite H** **Schaumburg, IL 60173** | | 8/31/2018 | $48,000.00 |
| | Email or website address www.mogliaadvisors.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**



Debtor    Iowa's First, Inc.                                    Case number (if known)  18-01301

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

|  | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | John A. Ruppel<br>301 Closz Drive<br>Webster City, IA 50501 | Auditor's Parcel Letter "A of Lot 1", Southeast Development Park #4 in Webster City, Iowa, per Survey Cabinet Slide 118A, page 10 filed on September 9, 2009. | 4/13/2018 | $135,000.00 |
|  | Relationship to debtor<br>None | | | |
| 13.2 | Aaron & Joella Grossoehme<br>1507 Wilson Ave<br>Webster City, IA 50595 | "North 150' of Lot 1 and 2, Block 53" 1507 Wilson Ave, Webster City, IA 50595 | 4/2/2018 | $232,000.00 |
|  | Relationship to debtor<br>None | | | |
| 13.3 | Brama Webster City, LLC<br>1700 2nd Street<br>Webster City, IA 50595 | 1700 2nd Street, Webster City, IA 50595 | 6/19/2018 | $550,000.00 |
|  | Relationship to debtor<br>None | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

|  | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1700 W 2nd Street<br>Webster City, IA 50595 | 2017 |
| 14.2. | 1507 Capital Ave<br>Suite 101<br>Plano, TX 75074 | 2014-2016 |
| 14.3. | 3369 Premier Drive<br>Suite 300<br>Plano, TX 75023 | 2016-2018 |

Debtor    **Iowa's First, Inc.**                                    Case number *(if known)*   **18-01301**

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank** P.O. Box 6995 Portland, OR 97228-6995 | XXXX-2884 | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | 3/22/2018 | $0.00 |

---

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor    **Iowa's First, Inc.**                                    Case number *(if known)*  **18-01301**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

Debtor   **Iowa's First, Inc.**                                    Case number *(if known)* **18-01301**

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **John Brobjorg** 4209 Cedarbrook Circle Richardson, TX 75082 | **2013- March 2018** |
| 26a.2. **Al Rodriguez** 540 Parker Lane Argyle, TX 76226 | **July 2017- March 2018** |
| 26a.3. **Monique Meas** 2943 Scott Mill Rd Carrollton, TX 75007 | **December 2016- January 2018** |
| 26a.4. **Bruce Hall** 836 Blue Jay Lane Coppell, TX 75019 | **2013- October 2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **PricewaterhouseCoopers LLP** 1900 16th Street Suite 1600 Denver, CO 80282-5258 | **Covering the period January 1, 2015 through December 31, 2016. PWC did an audit on VeroBlue Farms USA, Inc. and it Subsidiaries.** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Moglia Advisors** 1325 Remington Road Suite H Schaumburg, IL 60173 | |
| 26c.2. **VeroBlue Farms USA, Inc.** 401 Des Moines Street Webster City, IA 50595 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Fairview Farms (Rodney Haggard)**
3369 Premier Drive
Plano, TX 75023

| Debtor | Iowa's First, Inc. | | Case number *(if known)* | 18-01301 |
|---|---|---|---|---|

**Name and address**

| 26d.2. | Alder Aqua Ltd.<br>131 Front Street<br>Hamilton HM 12<br>Bermuda |
|---|---|
| 26d.3. | Broadmoor Financial, L.P.<br>8100 E 22nd Street<br>Building 500<br>Suite 1000<br>Wichita, KS 67226 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | Katie Olson | 9/20/2018 | 69,058 lbs fish - $28,743<br>8,150.94 lbs feed - $5,787.17 |
| | Name and address of the person who has possession of inventory records<br>Iowa's First, Inc.<br>401 Des Moines St<br>Webster City, IA 50595 | | |
| 27.2 | Katie Olson | 8/31/2018 | 103,761 lbs fish - $28,743.21<br>2,878.87 lbs feed - $2,044.00 |
| | Name and address of the person who has possession of inventory records<br>Iowa's First<br>401 Des Moines Street<br>Webster City, IA 50595 | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Norman McCowan | 401 Des Moines St<br>Webster City, IA 50595 | President | 0 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bruce A. Hall | 836 Blue Jay Lane<br>Coppell, TX 75019 | CFO - founder | 7/1/2016 -<br>11/6/2017 |

Debtor    **Iowa's First, Inc.**                                                Case number *(if known)*  **18-01301**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Leslie A. Wulf** | **144 Ocean Drive Gun Barrell City, TX 75156** | **CEO - founder** | **7/1/2016 - 10/27/2017** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **James Rea** | **2828 Sherwood Drive Trophy Club, TX 76262** | **CDO - founder** | **7/1/2016 - 1/8/2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **John E. Rea** | **3900 Jefferson Circle Plano, TX 75023** | **COO - founder** | **7/1/2016 - 10/27/2017** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **VeroBlue Farms USA, Inc.** | EIN:    **47-1778334** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                                        **Employer Identification number of the parent corporation**

Debtor    **Iowa's First, Inc.**                                    Case number *(if known)*  **18-01301**

---

**Part 14:    Signature and Declaration**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 12, 2018**

_____    **Norman McCowan**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

---

| Form 207:  Item 3:  payments to creditors within 90 days >= $6,425 | | | |
|---|---|---|---|
| | | | |
| **Subsidiary: Name** | **Iowa's First, Inc.** | | |
| | | | |
| **Recipient & Indiv. Pmts.** | **Indiv. Payments** | **Sum of Pmts.** | **DOF Balance** |
| Ag & Business Legal Strategies PO Box 11425 Cedar Rapids IA 52410 | | 189,000.00 | - |
| 31-Aug Wire 08312018 # 2 | 100,000.00 | | |
| From this wire Elderkin & Pirnie was paid a total of $51,730.73 for fees and a splitting of the balance of the amount in the trust account after fees at both ABLS & Elderkin & Pirnie, PLC were paid. | | | |
| 17-Sep Wire 09172018 # 4 | 89,000.00 | | |
| | | | |
| AG Vantage FS P.O. Box 828 Waverly IA 50677 | | 17,581.80 | 730.51 |
| 12-Jul Ck 1940 | 10,265.56 | | |
| 24-Jul Ck 6190 | 6,585.73 | | |
| 7-Sep  Ck 7061 | 730.51 | | |
| | | | |
| Airgas USA LLC PO BOX 532609 Atlanta GA 30353-2609 | | 27,004.12 | 9,778.59 |
| 22-Jun Ck 6130 | 564.14 | | |
| 12-Jul Ck 1941 | 5,232.44 | | |
| 24-Jul Ck 6192 | 378.95 | | |
| 6-Aug  Ck 1978 | 3,460.30 | | |
| 13-Aug Ck 1815 | 4,589.26 | | |
| 22-Aug  Ck 6226 | 3,042.48 | | |
| 30-Aug Ck 7010 | 2,058.33 | | |
| 7-Sep  Ck 7063 | 2,880.56 | | |
| 19-Sep  Wire 092018 # 4 | 4,797.66 | | |
| | | | |
| Black Hills Energy P.O. Box 6001 Rapid City SD 57709-6001 | | 15,976.26 | 3,080.31 |
| 12-Jul Ck 1943 | 7,578.66 | | |
| 13-Aug  Ck 1821 | 5,317.29 | | |
| 7-Sep  Ck 7064 | 3,080.31 | | |
| | | | |
| Cannonball Express 10064 South 134th St Omaha NE 68138 | | 49,125.66 | 9,336.50 |
| 22-Jun  Ck 6133 | 457.26 | | |
| 6-Jul  Ck 6151 | 2,020.32 | | |

| Recipient & Indiv. Pmts. | Indiv. Payments | Sum of Pmts. | DOF Balance |
|---|---|---|---|
| 12-Jul  Ck 1944 | 3,992.20 | | |
| 19-Jul  Ck 6182 | 9,551.92 | | |
| 6-Aug Ck 1982 | 5,822.88 | | |
| 13-Aug  Ck 1822 | 5,225.36 | | |
| 22-Aug  Ck 6228 | 13,204.83 | | |
| 30-Aug  Ck 7013 | 6,504.67 | | |
| 7-Sep  Ck 7067 | 2,346.22 | | |
| | | | |
| Card Services PO Box 875852 Kansas City MO 64187-5852 | | 163,087.25 | 85,348.98 |
| 3-Jul  Auto Debit | 44,328.77 | | |
| 30-Jul  Auto Debit | 48,971.96 | | |
| 21-Aug  online payment | 20,000.00 | | |
| 22-Aug  Phone Transfer 08222018 | 29,786.52 | | |
| 17-Sep  Wire | 10,000.00 | | |
| 20-Sep ACH | 10,000.00 | | |
| | | | |
| City of Webster City - Utility Office PO Box 217 Webster City IA 50595-0217 | | 242,621.46 | 142,479.09 |
| 10-Jul Ck 1939 | 76,653.13 | | |
| 13-Jul | 335.82 | | |
| 25-Jul (blank) | 101.13 | | |
| 13-Aug Ck 1824 | 71,133.83 | | |
| 30-Aug Ck 2 & 7014 | 20,096.99 | | |
| 7-Sep  (blank) | 126.32 | | |
| 19-Sep Ck 7117 | 74,174.24 | | |
| | | | |
| Cordes & Company 2677 Innsbruck Drive, Suite A Saint Paul MN 55112 | | 47,914.19 | - |
| 22-Jun  Ck 6136 | 47,914.19 | | |
| | | | |
| Dagon Kibbutz Ma'agan Micheal D.N. | | 29,749.00 | - |
| 12-Jul  Wire 1 07132018 | 29,749.00 | | |
| | | | |
| Davis Brown Law Firm 215 10th Street, Suite 1300 Des Moines IA 50309-3993 | | 54,113.58 | - |
| 22-Jun  Wire 2b 06222018 | 9,214.25 | | |
| 12-Jul Ck 1953 | 5,026.55 | | |
| 6-Aug  Ck 6219 | 6,512.23 | | |
| 30-Aug Ck 7015 | 11,782.58 | | |
| 7-Sep Ck 7069 | 5,377.50 | | |

| Recipient & Indiv. Pmts. | Indiv. Payments | Sum of Pmts. | DOF Balance |
|---|---|---|---|
| 17-Sep Wire 09172018 Wire #5 2 of 2 | 16,200.47 | | |
| | | | |
| Decker 4000 5th Ave South Fort Dodge IA 50501 | | 8,057.44 | 8,173.76 |
| 13-Aug Ck 1826 | 3,970.56 | | |
| 7-Sep Ck 7070 | 4,086.88 | | |
| | | | |
| Donald Bordwell 212 Linn Street Webster City IA 50595 | | 8,905.50 | |
| 5-Jul Ck 1936 | 3,000.00 | | |
| 24-Jul Ck 001974 | 2,048.00 | | |
| 31-Jul Ck 1960 | 2,080.00 | | |
| 13-Aug Ck 1827 & 1845 | 1,777.50 | | |
| | | | |
| Elderkin & Pirnie 316 2nd St. S.E. Suite 124 Cedar Rapids IA 52406-1968 | | 80,000.00 | - |
| 17-Sep Wire 09172018 # 6 | 80,000.00 | | |
| | | | |
| Eldon C. Stutsman, Inc. PO Box 250 Hills IA 52235 | | 41,176.70 | 3,131.10 |
| 22-Jun Ck 6137 | 6,868.40 | | |
| 24-Jul Ck 1955 | 15,450.59 | | |
| 6-Aug Ck 6213 | 4,514.71 | | |
| 13-Aug Ck 1828 | 4,259.15 | | |
| 22-Aug Ck 6230 | 4,259.15 | | |
| 30-Aug Ck 7016 | 5,824.70 | | |
| | | | |
| Ford Credit 2975 Breckenridge Blvd. Duluth GA 30096-0000 (blank) | | 26,970.58 | |
| 22-Jun Debit 06222018 | 7,353.31 | | |
| 30-Jul Debit 1 07272018 | 7,555.81 | | |
| 27-Aug auto pay 08272018 | 7,353.31 | | |
| 20-Sep online ACH payment | 4,708.15 | | |
| | | | |
| Forklifts Of Des Moines P.O. Box 3358 Des Moines IA 50316 | | 8,737.20 | 2,584.37 |
| 22-Jun Ck 6146 | 1,047.33 | | |
| 12-Jul Ck 234300 | 337.05 | | |
| 24-Jul Ck 6196 | 1,141.54 | | |
| 13-Aug 235185 - Credit | 3,103.00 | | |
| 22-Aug Ck 6231 | 523.91 | | |
| 7-Sep Ck 7072 | 2,584.37 | | |

| Recipient & Indiv. Pmts. | Indiv. Payments | Sum of Pmts. | DOF Balance |
|---|---|---|---|
| Freshwater Institute 1098 Turner Road Shepherdstown WV 25443 | | 21,293.38 | - |
|    27-Aug  Ck 7008 | 21,293.38 | | |
| | | | |
| Holdgrafer Construction 1443 340th St. Woolstock IA 50599 | | 6,578.00 | - |
|    6-Aug  Ck 6217 | 380.00 | | |
|    10-Aug  Ck 1817 | 1,431.00 | | |
|    24-Aug  Ck 7003 | 1,431.00 | | |
|    7-Sep  Ck 7055 | 2,031.00 | | |
|    19-Sep  Ck 007109 | 1,305.00 | | |
| | | | |
| ISG 115 E Hickory Street, Suite 300 Mankato MN 56001 | | 13,412.55 | 27,525.72 |
|    6-Jul  Ck 6156 | 13,412.55 | | |
| | | | |
| Larry Dixon 1117 John St Webster City IA 50595 | | 8,658.00 | - |
|    28-Jun  Ck 1934 | 459.00 | | |
|    6-Jul  Ck 1938 | 720.00 | | |
|    16-Jul  Ck 1875 | 576.00 | | |
|    25-Jul  Ck 6205 | 1,440.00 | | |
|    10-Aug  Ck 1818 | 1,431.00 | | |
|    24-Aug  Ck 7004 | 1,431.00 | | |
|    7-Sep  Ck 7056 | 1,431.00 | | |
|    19-Sep  Ck 7106 | 1,170.00 | | |
| | | | |
| Marine Solutions 110 Swanston Street New Town, Tasmania  7008 Australia | | 9,128.00 | - |
|    12-Jul  Wire 07122018 - in lieu of check returned | 9,128.00 | | |
| | | | |
| Midland Power Cooperative 1005 E. Lincoln Way PO Box 420 Jefferson IA 50129-0420 | | 17,718.43 | 12,087.38 |
|    6-Jul  Ck 6161 | 11,386.53 | | |
|    13-Aug  Ck 1831 | 6,331.90 | | |
| | | | |
| MIke Johnson  1133 Betsy Lane Webster City IA 50595 | | 9,478.09 | - |
|    24-Jul  Ck 1973 & 1975 | 2,048.00 | | |
|    31-Jul  Ck 1961 | 288.00 | | |

| Recipient & Indiv. Pmts. | Indiv. Payments | Sum of Pmts. | DOF Balance |
|---|---|---|---|
| 6-Aug  Ck 6212 | 672.00 | | |
| 10-Aug  Ck 1819 | 328.00 | | |
| 13-Aug  Ck 1844 | 1,010.00 | | |
| 21-Aug  Ck 1848 & 1849 & 1850 | 884.09 | | |
| 24-Aug  Ck 6248 | 804.80 | | |
| 31-Aug  Ck 7041 | 846.40 | | |
| 7-Sep  Ck 7058 | 910.40 | | |
| 14-Sep  Ck 7093 | 840.00 | | |
| 20-Sep  Ck 7120 | 846.40 | | |
| | | | |
| Moglia 1325 Remington Rd Suite H Schaumburg IL 60173 | | 139,750.66 | - |
| 31-Aug  Wire 08312018 | 48,000.00 | | |
| 17-Sep  Wire 09172018 # 3 | 91,750.66 | | |
| | | | |
| OMI Industries, Inc. 1300 Barbour Way Rising Sun  IN 47040 | | 8,465.96 | - |
| 25-Jul  (blank) | 8,465.96 | | |
| | | | |
| Optimal Fish Food, LLC Mr. William Harris 2324 10th Street , APT 202 Brookings SD 57006 | | 75,018.73 | 42,732.90 |
| 13-Aug Ck 1832 | 4,391.45 | | |
| 22-Aug  Ck 6234 | 1,745.22 | | |
| 30-Aug  Ck 7020 | 34,636.64 | | |
| 7-Sep  Ck 7080 | 17,122.71 | | |
| 19-Sep  Wire 092018 # 3 | 17,122.71 | | |
| | | | |
| P&P Electric 120 East Second Street Webster City IA 50595 | | 15,111.92 | 1,449.06 |
| 6-Jul  Ck 6163 | 545.98 | | |
| 12-Jul  Ck 1945 | 2,752.92 | | |
| 13-Aug  Ck 1833 | 120.72 | | |
| 30-Aug  Ck 7030 | 243.24 | | |
| 7-Sep  Ck 7081 | 1,449.06 | | |
| 18-Sep  Ck 7099 | 10,000.00 | | |
| | | | |
| Parisvalley 127 W. Linn St. Coggon IA 52218 | | 12,185.00 | - |
| 3-Aug  Ck 1964 | 12,185.00 | | |
| | | | |
| Prairie Energy Cooperative 2099 Highway 3 W Clarion IA 50525 | | 23,318.20 | 7,589.05 |
| 23-Jul  Ck 6240 | 15,615.31 | | |

Iowa's First, Inc.          Form 207 Attachment to Q 3          5 of 7

| Recipient & Indiv. Pmts. | Indiv. Payments | Sum of Pmts. | DOF Balance |
|---|---|---|---|
| 7-Sep  Ck 7062 | 7,702.89 | | |
| | | | |
| Rangen Inc. P O Box 706 115 13th Ave So. Buhl ID 83316 | | 30,659.22 | - |
| 6-Aug  Ck 1991 | 12,500.00 | | |
| 13-Aug  Ck 1836 | 18,159.22 | | |
| | | | |
| Skretting 712 East 2400 North Tooele UT 84074 | | 111,400.00 | 170,660.00 |
| 12-Jul  Wire 2 07132018 | 25,720.00 | | |
| 14-Aug  Ck  Wire 08142018 | 29,820.00 | | |
| 17-Aug  Wire 08172018 | 29,820.00 | | |
| 23-Aug Wire 08232018 | 21,300.00 | | |
| 11-Sep  Wire 09112018 | 4,740.00 | | |
| | | | |
| Strauss Security Solutions 4663 121st Street Urbandale IA 50323 | | 30,836.19 | 14,422.25 |
| 13-Aug Ck 1838 | 14,422.25 | | |
| 7-Sep  Ck 7084 | 16,413.94 | | |
| | | | |
| Syndel USA 1441 W. Smith Rd Ferndale WA 98248 | | 7,608.17 | - |
| 22-Jun  Ck 6141 | 7,608.17 | | |
| | | | |
| The Trash Man P.O. Box 907 Webster City IA 50595-0907 | | 19,204.71 | 6,005.00 |
| 19-Jul Ck 6175 | 3,161.63 | | |
| 22-Aug Ck 6237 | 10,043.03 | | |
| 19-Sep  Ck 7115 | 6,000.05 | | |
| | | | |
| Town and Country PO Box 877 Webster City IA 50595 | | 7,528.00 | - |
| 24-Jul  Ck 1958 | 5,003.00 | | |
| 6-Aug  Ck  1996 | 2,525.00 | | |
| | | | |
| Tropic Star Seafood 3620 Ventura Drive East  Lakeland FL 33811 | | 43,884.07 | 15,878.60 |
| 12-Jul  Ck 1952 | 12,126.87 | | |
| 30-Aug  Ck 7025 | 15,878.60 | | |
| 7-Sep  Ck 7086 | 15,878.60 | | |
| | | | |
| Uline P.O. Box 88741 Chicago IL 60680-1741 | | 6,829.88 | - |
| 22-Jun  Ck 6142 | 636.75 | | |

| Recipient & Indiv. Pmts. | Indiv. Payments | Sum of Pmts. | DOF Balance |
|---|---|---|---|
| 6-Jul  Ck 6164 | 1,406.77 | | |
| 12-Jul  Ck 1947 | 1,548.70 | | |
| 6-Aug  Ck 1997 | 2,241.13 | | |
| 13-Aug  Ck 1839 | 330.88 | | |
| 30-Aug  Ck 7024 | 495.57 | | |
| 7-Sep  Ck 7087 | 170.08 | | |
| | | | |
| UPS P.O. Box 7247-0244 Philadelphia PA 19170-0001 | | 6,737.22 | 497.82 |
| 6-Jul  Ck 6165 | 934.69 | | |
| 19-Jul  Ck 6182 | 948.81 | | |
| 24-Jul  Ck 6200 | 335.27 | | |
| 6-Aug  Ck 1998 | 1,541.45 | | |
| 13-Aug  Ck 1840 | 1,314.36 | | |
| 30-Aug  Ck 7023 | 1,244.30 | | |
| 7-Sep  Ck 7088 | 418.34 | | |
| | | | |
| Wastewater Technologies LLC 280 Mallard Loop Whitefish MT 59937 | | 54,700.00 | 266,815.66 |
| 22-Jun  Wire 3 06222018 | 10,000.00 | | |
| 29-Jun  Wire 1 06292018 | 10,000.00 | | |
| 6-Jul  Wire 1 - 07062018 | 10,000.00 | | |
| 12-Jul  Ck 1000032 | 10,000.00 | | |
| 30-Jul  Wire 1 07302018 | 2,200.00 | | |
| 22-Aug  Ck 6238 | 2,500.00 | | |
| 7-Sep  Ck 7089 | 10,000.00 | | |
| | | | |
| Whitehair Consulting LLC 7611 N. Shaffer Rd Muncie IN 47303 | | 39,490.56 | 17,393.50 |
| 6-Jul  Ck 6167 | 5,234.67 | | |
| 6-Aug  Ck 1999 | 7,964.95 | | |
| 13-Aug  Ck 1842 | 8,897.44 | | |
| 7-Sep  Ck 7090 | 17,393.50 | | |
| | | | |
| **Total of Payments** | | $ 1,729,015.68 | |