# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>Iowa's First, Inc.,<br>    Debtor. | Chapter 11<br><br>Case No. 18-01301<br><br>NOTICE OF CORRECTED CREDITOR ADDRESS |

COMES NOW Counsel for the Debtor and hereby submits a change of address for the Creditor as set forth below.

1. <u>DELETE THE FOLLOWING ADDRESS:</u>

McDonald Supply
1914 E Lincolnway Avenue
Ames, IA 50010

2. <u>ADD THE FOLLOWING ADDRESS:</u>

McDonald Supply
Attn: Alysia Hedrick
PO Box 708
Dubuque, IA 52004-0708

Dated this 25 day of October, 2018.

           Respectfully submitted,

           AG & BUSINESS LEGAL STRATEGIES

           <u>/s/ Joseph A. Peiffer</u>
           Joseph A. Peiffer AT0006160
           P.O. Box 11425
           Cedar Rapids, Iowa 52410-1425
           Telephone: (319) 363-1641
           FAX: (319) 200-2059
           E-mail: joe@ablsonline.com
           ATTORNEY FOR DEBTOR